## BLAYLARK v. STATE.
### No. 25205.

Court of Criminal Appeals of Texas.

Feb. 28, 1951.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

Appellant was charged with the offense of procuring. A jury being waived, the court found him guilty as charged and assessed his punishment at confinement in the county jail for three months and a fine of $200.00.

The record on appeal contains no statement of facts and no bill of exception. All the proceedings appear to be regular and nothing is presented for our consideration.

The judgment is affirmed.